### STATE v. THOMAS J. TOLER.

(Filed 10 October, 1907).

INDICTMENT for unlawfully selling spirituous liquors, heard before *Neal, J.,* at February Term, 1907, of the Superior Court of CRAVEN County.

Defendant was convicted and sentenced, and appealed to the Supreme Court.

*Assistant Attorney-General Clement* and *D. L. Ward* for the State.

*R. A. Nunn* for defendant.

HOKE, J.　The exceptions presented by this appeal are in all respects similar to those decided in the next preceding case of *State v. Dowdy.*　For the reasons stated in that opinion, the exceptions of the defendant are overruled and the judgment against him affirmed.

No Error.

### STATE v. JACOB WOLF.

(Filed 16 October, 1907).

1. **Indians —Compulsory Attendance at Government Indian School—Constitutional Law.**

   The Cherokee Indians are citizens of this State, and chapter 213, Laws of 1905, compelling, under certain conditions, the attendance of their children at the Government Indian School, is not repugnant to Article I, section 15, of the Constitution of North Carolina.

2. **Indians—School Districts—Particular Localities—Constitutional Law.**

   The Legislature can meet the needs of one county, district or locality without making the same act apply to the whole State. And chapter 213, Laws of 1905, constituting "all within the boundary known as the 'Qualla boundary' of the Cherokee Indian lands" a special school district, is not repugnant to Article I, section 15, of the Constitution of North Carolina.